**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Herman LEMUSU, Defendant—Appellant.**

**No. 05–10662.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 4, 2006.*

Filed Dec. 13, 2006.

Kenneth M. Sorenson, Esq., USH–Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

Herman Lemusu, Terminal Island, CA, pro se.

Before: GOODWIN, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM **

Herman Lemusu appeals from the 360–month sentence imposed after remand under *United States v. Ameline*, 409 F.3d 1073 (9th Cir.2005) (en banc). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Lemusu contends that his original base offense level was impermissibly increased by six points based on facts not found by a jury and therefore, the district court erred when it declined to re-sentence him on remand. This contention is foreclosed. *See Ameline*, 409 F.3d at 1077–78, 1084–85.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.